**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Western District of Missouri | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Diteq Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**11-3656857** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1250 NW Main Street**<br>**Lees Summit, MO**<br>ZIP Code **64086** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1250 NW Main Street**<br>**Lees Summit, MO**<br>ZIP Code **64086** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Diteq Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Diteq Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Crystanna V. Cox  MO**
Signature of Attorney for Debtor(s)

**Crystanna V. Cox  MO #60402**
Printed Name of Attorney for Debtor(s)

**Lathrop & Gage LLP**
Firm Name

**2345 Grand Blvd., Suite 2200**
**Kansas City, MO 64108**

_____
Address

**(816) 292-2000  Fax: (816) 292-2001**
Telephone Number

**December 3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Young C. Park**
Signature of Authorized Individual

**Young C. Park**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**December 3, 2010**
Date

```
Abmast Abrahsives Corp
91 Cary Road
Queensbury NY 12804


All Packaging Co Inc
P O Box 5151
Kansas City KS 66119


American Express
P O Box 650448
Dallas TX 75265


AT&T
P O Box 5001
Carol Stream IL 60197


AT&T
P O Box 5014
Carol Stream IL 60197


B and A Manufacturing Co
3665 East Industrial Way
West Palm Beach FL 33404


Batteries Plus
1455 N Douglas
Lees Summit MO 64086


Bonnie Baird & Associates
P O Box 3042
Pittston PA 18643


Bosun Tools Inc
425 South Turnbull Canyon Road
Hacienda Heights CA 91745


Canada Revenue Agency
275 Pope Road Suite 103
Summerside PE
C1N 6A2


CENTA
2570 Beverly Drive #128
Aurora IL 60502
```

```
Chapin International Inc
P O Box 549
Batavia NY 14021


Choi Kim and Park LLP
3435 Wilshire Blvd Suite 2240
Los Angeles CA 90010


City Electric Supply
13581 Pond Springs Rd Suite 13
Austin TX 78729


City of Lees Summit
220 SE Green Street
Lees Summit MO 64063


CK Enterprises
1204 SW Jefferson Street
Lees Summit MO


Daniel Steiner
6841 West 185th Terrace
Stilwell KS 66085


Diamond Chain International
P O Box 5699
Vernon Hills IL 60061


Diamond Products
P O Box 74454
Cleveland OH 44194


Diamond Tool Supply
300 Detroit Ave Suite D
Monroe MI 48162


Don Young Sales
271 Savoy Drive
Lake Saint Louis MO 63367


Dustless Technologies
1285 East 650 South
Price UT 84501
```

```
EMAK USA Inc
770 Spruce Street
Wooster OH 44691


ETC of Hnderson Inc
P O Box 948
Henderson NC 27536


Expert Equipment Company
7201 Wynnpark Drive
Houston TX 77008


Fed Ex Freight
Dept CH P O Box 10306
Palatine IL 60055


Fed Ex Freight
4103 Collection Center Drive
Chicago IL 60693


Fed Ex National Ltl
P O Box 95001
Lakeland FL 33804


FedEx
P O Box 94515
Palatine IL 60094


Ferguson Computer Services
P O Box 6962
Lees Summit MO 64064


Fleet Services
P O Box 6293
Carol Stream IL 60197


Florida Intl Marketing
3030 NW 27 street
Fort Lauderdale FL 33311


Gang Yan Diamond Products Inc
4620 Mission
Montclair CA 91763
```

Guy Maas
9907 111th Avenue NE
Kirkland WA 98033


Hangzhou Deer King Industrial
4F-16# Zhong-Du Plaza Deidaji
Hangzhou China 311100


Hew Hwon Kim CHB
17807 S Hobart Blvd
Gardena CA 90248


Issco Inc
P O Box 414561
Kansas City MO 64141


James J Hahn
5 Jonquil Place
Marlton NJ 08053


Jeff Nelson
1494 Eboney Dr
Castle Rock CO 80104


Joe Bell Associates
7323 Emory Pointe Lane
Knoxville TN 37918


Kansas City Rubber and Belting
1815 Prospect Ave
Kansas City MO 64127


KCPL
P O Box 219703
Kansas City MO 64121


Kelly McCambridge
1044 Main Street Suite 500
Kansas City MO 64105


Ketang Electric Machinery Co

```
Lees Summit Water Utilities
P O Box 219306
Kansas City MO 64121


Lindsay Machine Works
P O Box 488
Liberty MO 64069


Lovato Electric Inc
2017 Georgetown Blvd
Chesapeake VA 23325


Matt Baer
639 N Spout Springs St
Nixa MO 65714


McMaster Carr
P O Box 7690
Chicago IL 60680


Midhage Diatip AB
hallandsvagen 21
SE-269 21 Bastad


Midlands Packaging Corp
4641 North 56th Street
Lincoln NE 68504


MK Diamond Products
Dept 8247
Los Angeles CA 90084


Nacecare Solutions
P O Box 33086
Detroit MI 48232


Nick Fiorentino
308 Columbia Road
New Kensington PA 15068


Nippon Express USA Inc
2038 Solutions Center
Chicago IL 60677
```

```
Norman Vincent
P O Box 1128
Shirley MA 01464


Northeast Construction Mktg
383 Chamberlin Street
Holliston MA 01746


Ohio Bureau of Workers Comp
Corporate Processing Dept
Columbus OH 43271


Old Dominion Freight Line Inc
P O Box 60000
File 030989
San Francisco CA 94160


Omni Systems Inc
P O Box 74678
Cleveland OH 44194


Orion at Overland Park
13900 Newton
Overland Park KS 66223


P and M Investments
820 NW Commerce Drive
Lees Summit MO 64086


Pantheon TSI Inc
82 W Cochron St B
Simi Valley CA 93065


Paxis Enterprises
5299 Briercliff Drive
Hamburg NY 14075


Pitney Bowes Financial Service
P O Box 371887
Pittsburgh PA 15250


Powers Fasteners Inc
23370 Network Place
Chicago IL 60673
```

```
Pratt Specialty Industries
P O Box 933949
Atlanta GA 31193


Premium Finance Spec Corp
24722 Network Place
Chicago IL 60673


Quill
P O Box 37600
Philadelphia PA 19101


Ralph Hooton
122 Carmarthen Street
St John NB E21 2N8


Ralph Sandstrom
1064 Brantwood Ave
Elk Grove Village IL 60007


Ray Monheiser
3404 Fleming Drive
Blue Springs MO 64015


RBC MFG - Leeson Electric
3750 Solutions Center
Chicago IL 60677


Reliance Standard
P O Box 82510
Lincoln NE 68501


Rick Sargent
31 Barr Crescent
Brampton ON L6Z 3E5


RL Carriers
P O Box 713153
Columbus OH 43271


Robert Fligger
10 Deerfield Drive
Harrison City PA 15636
```

```
Robin America Inc
P O Box 94007
Chicago IL 60690


Ronson
3000 S Jackson Drive
Independence MO 64057


S H Trading Inc
1025 N Armando Ave
Anaheim CA 92806


Safety Kleen
P O Box 650509
Dallas TX 75265


Seyferth Blumenthal and Harris
300 Wyandotte Street Suite 430
Kansas City MO 64105


Shari Jester
1216 SW Sapperton Road
Raymore MO 64083


Shibuya Company Ltd
5-86 Mokuzaikou Kita
Hatsukaichi Hiroshima Japan


Showmat Transport Co
916 Stiles Drive
Addison IL 60101


Star Insurance Company
P O Box 31130
Tampa FL 33631


Stewart Peck
9199 Stephens Manor Drive
Mechanicsville VA 23116


Suburban Industrial Packaging
1519 Tower Grove
Saint Louis MO 63110
```

```
Summit Litho Inc
1807 SW Market Street
Lees Summit MO 64082


Techno Plus
9 Lot 36 Block
Namdong Industrial Estate
#610-8 Namchon-Dong  Namchong-Gu
Incheon, Korea


Terry Meagher
P O Box 332
Centerville MA 02632


Tom Wagner
145 Laurel Avenue
Milford OH 45150


Total Equipment Sales
869 Grenoble Blvd
Pickering, Ontario
L1W1T7


Treasurer of State
P O Box 1090
Columbus OH 43216


Triple M LLC
820 NW Commerce Drive
Lees Summit MO 64086


Troy Johnston
4445 - 198th Lane NW
Anoka MN 55303


United Parcel Service
Lockbox 577
Carol Stream IL 60132


UPS
Lockbox 577
Carol Stream IL 60132
```

```
UPS Canada
P O Box 4900 Station A
Toronto Ontario
M5W 0A7


UPS Canada Ltd
P O Box 4900 Station A
Toronto Ontario
M5W 0A7


UPS Freight
28013 Network Place
Chicago IL 60673


UPS/UPS SCS Chicago
28013 Network Place
Chicago IL 60673


Xerox Corporation
P O Box 650361
Dallas TX 75265


Young C Park
26 Toscany
Irvine CA 92614
```

# United States Bankruptcy Court
**Western District of Missouri**

In re: Diteq Corporation

Debtor(s)

Case No.

Chapter 11

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date: December 3, 2010

/s/ Young C. Park

Young C. Park/Chief Executive Officer
Signer/Title

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re   Diteq Corporation   Case No.
Debtor(s)   Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| S H Trading Inc<br>1025 N Armando Ave<br>Anaheim, CA 92806 | S H Trading Inc<br>1025 N Armando Ave<br>Anaheim, CA 92806 | | | 2,131,572.55 |
| Techno Plus<br>9 Lot 36 Block<br>Namdong Industrial Estate<br>#610-8 Namchon-Dong<br>Namchong-Gu<br>Incheon, Korea | Techno Plus<br>9 Lot 36 Block<br>Namdong Industrial Estate<br>Incheon, Korea | | | 1,456,774.61 |
| Shari Jester<br>1216 SW Sapperton Road<br>Raymore, MO 64083 | Shari Jester<br>1216 SW Sapperton Road<br>Raymore, MO 64083 | | | 414,847.00 |
| Shibuya Company Ltd<br>5-86 Mokuzaikou Kita<br>Hatsukaichi Hiroshima Japan | Shibuya Company Ltd<br>5-86 Mokuzaikou Kita<br>Hatsukaichi Hiroshima Japan | | | 33,641.50 |
| Seyferth Blumenthal and Harris<br>300 Wyandotte Street Suite 430<br>Kansas City, MO 64105 | Seyferth Blumenthal and Harris<br>300 Wyandotte Street Suite 430<br>Kansas City, MO 64105 | | | 32,607.56 |
| Bosun Tools Inc<br>425 South Turnbull Canyon Road<br>Hacienda Heights, CA 91745 | Bosun Tools Inc<br>425 South Turnbull Canyon Road<br>Hacienda Heights, CA 91745 | | | 15,472.38 |
| Robin America Inc<br>P O Box 94007<br>Chicago, IL 60690 | Robin America Inc<br>P O Box 94007<br>Chicago, IL 60690 | | | 7,351.56 |
| American Express<br>P O Box 650448<br>Dallas, TX 75265 | American Express<br>P O Box 650448<br>Dallas, TX 75265 | | | 6,262.65 |
| FedEx<br>P O Box 94515<br>Palatine, IL 60094 | FedEx<br>P O Box 94515<br>Palatine, IL 60094 | | | 5,823.12 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Diteq Corporation                                                Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132 | United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132 | | | 5,545.78 |
| Nacecare Solutions<br>P O Box 33086<br>Detroit, MI 48232 | Nacecare Solutions<br>P O Box 33086<br>Detroit, MI 48232 | | | 4,772.97 |
| UPS/UPS SCS Chicago<br>28013 Network Place<br>Chicago, IL 60673 | UPS/UPS SCS Chicago<br>28013 Network Place<br>Chicago, IL 60673 | | | 4,665.28 |
| Diamond Tool Supply<br>300 Detroit Ave Suite D<br>Monroe, MI 48162 | Diamond Tool Supply<br>300 Detroit Ave Suite D<br>Monroe, MI 48162 | | | 3,967.50 |
| Midhage Diatip AB<br>hallandsvagen 21<br>SE-269 21 Bastad | Midhage Diatip AB<br>hallandsvagen 21<br>SE-269 21 Bastad | | | 3,907.40 |
| Midlands Packaging Corp<br>4641 North 56th Street<br>Lincoln, NE 68504 | Midlands Packaging Corp<br>4641 North 56th Street<br>Lincoln, NE 68504 | | | 3,222.62 |
| Premium Finance Spec Corp<br>24722 Network Place<br>Chicago, IL 60673 | Premium Finance Spec Corp<br>24722 Network Place<br>Chicago, IL 60673 | | | 3,196.02 |
| Dustless Technologies<br>1285 East 650 South<br>Price, UT 84501 | Dustless Technologies<br>1285 East 650 South<br>Price, UT 84501 | | | 3,148.74 |
| Diamond Chain International<br>P O Box 5699<br>Vernon Hills, IL 60061 | Diamond Chain International<br>P O Box 5699<br>Vernon Hills, IL 60061 | | | 2,608.25 |
| Pratt Specialty Industries<br>P O Box 933949<br>Atlanta, GA 31193 | Pratt Specialty Industries<br>P O Box 933949<br>Atlanta, GA 31193 | | | 2,389.69 |
| Chapin International Inc<br>P O Box 549<br>Batavia, NY 14021 | Chapin International Inc<br>P O Box 549<br>Batavia, NY 14021 | | | 2,226.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Diteq Corporation                                                                              Case No. _____

                                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date December 3, 2010                    Signature  /s/ Young C. Park
                                                    Young C. Park
                                                    Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Missouri

In re  Diteq Corporation                                   Case No.
                    Debtor(s)                              Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Diteq Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Shinhan Diamond Industrial Co., Ltd.
610-9 36Block 10Lot
Namchon-Dong Namdong-KU
Inchon South Korea

☐ None [*Check if applicable*]

December 3, 2010                    /s/ Crystanna V. Cox  MO
**Date**                            Crystanna V. Cox  MO #60402
                                    Signature of Attorney or Litigant
                                    Counsel for  Diteq Corporation
                                    Lathrop & Gage LLP
                                    2345 Grand Blvd., Suite 2200
                                    Kansas City, MO 64108
                                    (816) 292-2000 Fax:(816) 292-2001